

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00013-CV

Guadalupe **RAMOS**,
Appellant

v.

**GOLDEN RIBBON INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV04293
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that costs shall be assessed against appellant.

SIGNED March 25, 2015.

_____
Jason Pulliam, Justice